IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PABLO SANDOVAL, : | |
| : | |
| Petitioner, : | |
| VS. : | |
| : | NO. 5:15-CV-00163-MTT-CHW |
| SHERIFF HUEY HOSS MACK, : | |
| : | |
| Respondent. : | |
| _____ : | |

**ORDER**

In accordance with the Court's previous orders, *Pro se* Petitioner Pablo Sandoval, an inmate currently confined at the Baldwin County Jail in Milledgeville, Georgia, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion for leave to proceed *in forma pauperis*. In a previous order, the United States Magistrate Judge denied Petitioner's motion to proceed *in forma pauperis*, and Petitioner was ordered to pay the $5.00 filing fee and to supplement his petition to show how he had exhausted his state court remedies before filing this federal habeas petition. Petitioner was given twenty-one days to comply and warned that failure to comply may result in the dismissal of his petition. Petitioner was also advised that if he did not wish to pursue habeas relief, he should notify the Court and/or withdraw his petition within twenty-one days of the date of the order. (Order 1-3, Aug. 18, 2015, ECF No. 6.)

When Petitioner failed to comply, the Magistrate Judge ordered Petitioner to respond and show cause why his petition should not be dismissed for failure to comply with the Court's orders and instructions. Petitioner's response was due within twenty-

one (21) days of the date of the Order, and Petitioner was again advised that his failure to respond could result in the dismissal of his petition. (Order 1-2, Oct. 19, 2015, ECF No. 8.)

The time for responding to the Show Cause Order has passed, and Petitioner has still failed to respond.  Accordingly, because of Petitioner's failure to pay the required filing fee, failure to comply with the Court's instructions and orders, and failure to otherwise diligently prosecute this action, his petition shall be **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41; *see also Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (noting that the failure to comply with a court order is grounds for dismissal in a habeas case).

**SO ORDERED**, this 2nd day of December, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT